UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES HAINES | Civil No. 07-5387 |
| vs. | Order of Reassignment |
| JACK DOES 1 - 40, et al. | |

It is on this    3rd    day of  December, 2007,

O R D E R E D  that the entitled action is reassigned from

JUDGE FAITH S. HOCHBERG to JUDGE STANLEY R. CHESLER

                                                         S/Garrett E. Brown, Jr.
                                      GARRETT E. BROWN, JR. CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT